Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.:  (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  LStone@shookandstone.com

Attorneys for Plaintiff Milka Edith Wilson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILKA EDITH WILSON,<br><br>                Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  2:25-cv-02187-EJY<br><br>STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Milka Edith Wilson and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from February 6, 2026 to February 20, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 6, 2026       Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Milka Edith Wilson

DATE: February 6, 2026       SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: _____

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATE: February 6, 2026.

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

-2-